IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Faye W. Kiger, | ) | |
| | ) | C.A. No. 6:09-502-HMH |
| Plaintiff, | ) | |
| | ) | **OPINION & ORDER** |
| vs. | ) | |
| | ) | |
| CitiFinancial, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

      This matter is before the court on the parties' consent motion to stay this action pending arbitration. After review, the court denies the parties' consent motion to stay pending arbitration. Instead, the court dismisses this action because all claims between the parties are being submitted to arbitration. See Choice Hotels Int'l, Inc. v. BSR Tropicana Resort, Inc., 252 F.3d 707, 709-10 (4th Cir. 2001) ("[D]ismissal is a proper remedy when all of the issues presented in a lawsuit are arbitrable.").

      **IT IS SO ORDERED.**

                                                    s/Henry M. Herlong, Jr.
                                                    United States District Judge

Greenville, South Carolina
March 5, 2009